IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00476-RPM

STRATFORD AT AVON, LLC,
a Colorado Corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

## ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, it is ORDERED that the Motion is granted and the Scheduling Order is hereby amended to extend the discovery cut-off through and including May 18, 2009.

DATED this 28th day of January, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge