IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC., a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY, a Missouri corporation,

    Defendant.

---

## ORDER EXTENDING DISCOVERY DEADLINE

---

    Upon consideration of the Joint Motion to Amend Scheduling Order [23], filed on May 7, 2009, it is

    ORDERED that the motion is granted and the discovery cut-off date is extended through and including July 24, 2009.

    Dated:  May 8, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge