IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC., a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGEMENT

    Upon review of Chicago Title's motion for leave to file motion for summary judgment, filed October 15, 2009 and the plaintiff's response, filed November 4, 2009 and upon the conclusion that there are sufficient factual questions which will require trial in this case and that any motion for partial summary judgment would add to the expense and delay in this case which should be set for trial, it is

    ORDERED that the defendant's motion is denied.

    Dated: November 6th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge