IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC., a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

## ORDER SETTING TRIAL DATE

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **July 19, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    Dated: December 29th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge