IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC., a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

_____

ORDER FOR JOINT STATUS REPORT
_____

    Pursuant to the Joint Status Report, filed December 3, 2010 [48], it is

    ORDERED that counsel shall file a status report on or before January 13, 2011.

    Dated: December 6, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge