IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC., a Colorado corporation,

  Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

  Defendant.

___

ORDER SETTING PRETRIAL CONFERENCE

___

  The Court having determined that a pretrial conference should now be scheduled, it is

  ORDERED that a pretrial conference is scheduled for **March 23, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 17, 2011.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

  Dated: January 21st, 2011

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge