IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00476-RPM

STRATFORD AT AVON LLC, a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [56] filed March 31, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their respective attorney fees and costs.

Dated: April 1st, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge